1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC WATSON, ALEX OWEN, FRED ROBINSON, STEPHEN BASDEN and MICHAEL KRIVAK, | 2:04-CV-0937 JCM (RJJ) |
| Plaintiffs, | Date:　　　　**N/A**<br>Time:　　　　**N/A** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER ALAN HIRJAK; OFFICER CHRISTOPHER BRINKLEY; SGT. P.J, LEEKE; SHERIFF BILL YOUNG; and JOHN DOES I-X, | |
| Defendants. | |

## <u>ORDER</u>

Presently before the court is the case of *Eric Watson, et al. v. LVMPD, et al.* (Case No. 2:04-cv-00937-JCM-RJJ).

The plaintiffs filed this section 1983 action on July 6, 2004. (Doc. #1). On October 31, 2008, Magistrate Judge Robert J. Johnston held a settlement conference, but no settlement was reached. Subsequently, on December 29, 2008, defendant Alan Hirjak filed a suggestion of bankruptcy (doc. #89), which caused the case to be automatically stayed pursuant to 11 U.S.C. § 362.

As nearly two and a half years have passed since the case was stayed, the court requests that the parties file a status report within two weeks from the date of this order, informing the court of the status of the bankruptcy.

**James C. Mahan**
**U.S. District Judge**

1   Accordingly,

2    IT IS HEREBY ORDERED ADJUDGED AND DECREED that the parties file a joint status

3 report with the court on or before June 8, 2011.

4    DATED this 24th day of May, 2011.

5

6

7                   **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**