# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC WATSON, ALEX OWEN, FRED ROBINSON, STEPHEN BASDEN and MICHAEL KRIVAK,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER ALAN HIRJAK; OFFICER CHRISTOPHER BRINKLEY; SGT. P.J, LEEKE; SHERIFF BILL YOUNG; and JOHN DOES I-X,<br><br>Defendants. | 2:04-CV-0937 JCM (RJJ)<br><br>Date:   **N/A**<br>Time:   **N/A** |

## ORDER

Presently before the court is defendant Las Vegas Metropolitan Police Department's motion to dismiss plaintiff Fred Robinson for lack of prosecution. (Doc. #102). Robinson failed to file an opposition.

Pursuant to Federal Rule of Civil Procedure 41(b), "[i]f the plaintiff fails to prosecute . . . a defendant may move to dismiss the action." However, "[d]ismissal is a harsh penalty and is to be imposed only in extreme circumstances." Further, Nevada Local Rule 7-2(d) states that "the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." However, the court will not automatically grant every unopposed motion. In *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995), the Ninth Circuit held that the court

**James C. Mahan**
**U.S. District Judge**

had to weigh the following factors before dismissing the action: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions.

Defendants allege that Robinson has not participated in this case for the past three years. The court finds that the *Ghazali* factors weigh in favor of dismissing plaintiff Fred Robinson. *See Ghazali*, 46 F.3d at 53.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Las Vegas Metropolitan Police Department's motion to dismiss plaintiff Fred Robinson for lack of prosecution (doc. #102) be, and the same hereby is, GRANTED.

DATED this 20th day of December, 2011.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -