THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
& DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 384-4012
Fax:   (702) 383-0701

Attorney for Defendant
LAS VEGAS METROPOLITAN POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC WATSON, ALEX OWEN, FRED ROBINSON, STEPHEN BASDEN, and MICHAEL KRIVAK,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; OFFICER ALAN HIRJAK; OFFICER CHRISTOPHER BRINKLEY; SGT. P.J. LEEKE; SHERIFF BILL YOUNG, and JOHN DOES I-X.<br><br>Defendants. | CASE NO.:   CV-S-04-0937-JCM-RJJ |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs ERIC WATSON, ALEX OWEN, STEPHEN BASDEN, and MICHAEL KRIVAK's causes of action be dismissed with prejudice as to Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER ALAN HIRJAK and

///

OFFICER CHRISTOPHER BRINKLEY, and all parties are to bear their own costs and attorneys fees.[1]

DATED this 16 day of February, 2012.

OLSON, CANNON, GORMLEY & DESRUISSEAUX

By_____
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant LVMPD

POTTER LAW OFFICES

By_____
CAL J. POTTER, III, ESQ.
Nevada Bar No. 001988
1125 Shadow Lane
Las Vegas, NV 89102
Attorney for Plaintiffs

By_____
JOHN DEAN HARPER, ESQ.
Nevada Bar No. 5983
9330 W. Lake Mead Blvd., Ste. 200
Las Vegas, Nevada 89134
Attorney for Officer Hirjak
and Officer Brinkley

## ORDER

IT IS SO ORDERED that this case, be dismissed with prejudice as to Defendants Las Vegas Metropolitan Police Department, Officer Alan Hirjak and Officer Christopher Brinkley, and all parties are to bear their own costs and attorneys fees.

DATED February 22, 2012.

_____
HONORABLE UNITED STATES
DISTRICT COURT JUDGE MAHAN

---

[1] All other Plaintiffs and Defendants referenced in the caption were previously dismissed with prejudice.

OFFICER CHRISTOPHER BRINKLEY, and all parties are to bear their own costs and attorneys fees.[1]

DATED this 16 day of February, 2012.

| OLSON, CANNON, GORMLEY & DESRUISSEAUX | POTTER LAW OFFICES |
|---|---|
| By T. D. Dillard | By /s/ Cal J. Potter III |
| THOMAS D. DILLARD, JR., ESQ. | CAL J. POTTER, III, ESQ. |
| Nevada Bar No. 006270 | Nevada Bar No. 001988 |
| 9950 West Cheyenne Avenue | 1125 Shadow Lane |
| Las Vegas, Nevada 89129 | Las Vegas, NV 89102 |
| Attorney for Defendant LVMPD | Attorney for Plaintiffs |

By_____
JOHN DEAN HARPER, ESQ.
Nevada Bar No. 5983
9330 W. Lake Mead Blvd., Ste. 200
Las Vegas, Nevada 89134
Attorney for Officer Hirjak
and Officer Brinkley

### ORDER

IT IS SO ORDERED that this case, be dismissed with prejudice as to Defendants Las Vegas Metropolitan Police Department, Officer Alan Hirjak and Officer Christopher Brinkley, and all parties are to bear their own costs and attorneys fees.

DATED this _____ day of _____, 2012.

**HONORABLE UNITED STATES
DISTRICT COURT JUDGE MAHAN**

---

[1] All other Plaintiffs and Defendants referenced in the caption were previously dismissed with prejudice.